IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC DRAPER | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 10-CV-01080 |
| v. | : | |
| | : | HON. LOUIS H. POLLACK |
| DARBY TOWNSHIP POLICE DEPT., | : | |
| et al. | : | |
| | : | Referred to: |
| *Defendants* | : | HON. M. FAITH ANGELL |
| | : | |

## SUGGESTION OF DEATH OF THE HONORABLE EDWARD ZETUSKY

Counsel for Defendant the Honorable Edward Zetusky notifies the Court that Judge Zetusky passed away on September 25, 2010.

Respectfully submitted,

**s/ Michael Daley**
MICHAEL DALEY, ESQUIRE
Attorney I.D. No. PA 77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
LEAD ATTORNEY

*Attorney for the Honorable Edward Zetusky*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC DRAPER | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 10-CV-01080 |
| v. | : | |
| | : | HON. LOUIS H. POLLACK |
| DARBY TOWNSHIP POLICE DEPT., | : | |
| et al. | : | |
| | : | Referred to: |
| *Defendants* | : | HON. M. FAITH ANGELL |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2010, he personally caused to be served upon the following a true and correct copy of the foregoing *Suggestion of Death* by first class U.S. mail, postage pre-paid and ECF where applicable to:

Marc Draper
219 N. 63rd Street
Philadelphia, PA  19139
*via mail*

Marc R. Kamin, Esquire
Mudi Malone Daubenberger LLP
21 W Third St
Media, Pa 19063
*via ECF*

Barry N. Kramer, Esquire
Pennsylvania Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA  19107
*via ECF*

 

s/Michael Daley
MICHAEL DALEY, ESQUIRE
Attorney I.D. No. PA77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
LEAD ATTORNEY