# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARC DRAPER, | |
| Plaintiff, | No. 10-cv-1080 |
| v. | |
| DARBY TOWNSHIP POLICE DEPARTMENT, et al., | |
| Defendants. | |

## <u>Order</u>

March 7, 2011

AND NOW, upon consideration of the defendants' motions to dismiss, *see* Dkt. 6, 14, 21,

and plaintiff's failure to amend his complaint as required by Judge Angell's order, *see* Dkt.

19, it is hereby ORDERED that plaintiff's complaint is dismissed in its entirety for the reasons set

out in this court's accompanying opinion. Plaintiff may, if he wishes, filed an amended complaint

against Officer Sweeney. Plaintiff may not amend his complaint with respect to the other

defendants.

BY THE COURT:

___LHP_____

Pollak, J.