IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC DRAPER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 10-1080** |
| | : | |
| **DARBY TOWNSHIP POLICE** | : | |
| **DEPARTMENT, et al.** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this    5th    day of December 2012, upon consideration of Defendant's Motion to Dismiss (Doc. No. 45) and Plaintiff's Response thereto (Doc. No. 46), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, with prejudice.

The clerk is directed mark this case **CLOSED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.